UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
OCTOBER 21, 2010
BRADY, J.

UNITED STATES OF AMERICA

VERSUS

BONNIE W. SIMMONS

CRIMINAL

NO. 10-104-JJB-SCR

This cause came on this day for rearraignment.

PRESENT:  Oliver Benton Curtis, III, Esq.
          Counsel for United States

          Gideon T. Carter, III, Esq.
          Counsel for Defendant

The defendant is sworn and questioned by the court.

Plea agreement filed into the record. The court defers acceptance of the plea agreement pending review of the presentence report.

Factual basis read and filed into the record.

The defendant enters a plea of GUILTY to Count I of the Indictment.

The court accepts the guilty plea and refers this matter to the probation officer for a presentence report.

The defendant is released on bond previously set by the Magistrate Judge.

S. Thompson/Reporter
C: CR 9; T 45 mins.