United States District Court
for the
# Middle District of Louisiana

Notice of Presentence Report Disclosure

**United States of America**                                     **Docket No. 10-104-JJB-CN**

vs.

**Bonnie W. Simmons**

Take notice that the presentence report (sealed) will be accessible to the parties from the court record beginning April 8, 2011, at 8:30 a.m. Objections to the presentence report must be communicated in writing electronically to (keith_sibille@lamd.uscourts.gov) the probation officer no later than 4:00 p.m. on April 22, 2011.

Forms MD-2 & 2a (Objections to the Presentence Report), required for this purpose, are available for download at http://www.lamd.uscourts.gov/.) Upon request, a written version of the presentence report may be picked up (and written objections may be delivered) to the U.S. Probation Office, 777 Florida Street, Suite 161, Russell B. Long U.S. Courthouse and Federal Building, Baton Rouge, Louisiana.

A revised presentence report, if necessary and/or the Addendum to the Presentence Report will be filed in the court record in accordance with Uniform Local Rule, seven days prior to sentencing. Supplemental addendum to the Presentence report will be filed immediately upon its completion. Sentencing memorandum are to be submitted to the probation office, who will then file them under seal in the court record.

Note: Attorneys are responsible for providing their client with a copy of the presentence report prior to the final date for submitting objections to the presentence report. Objections (or sentencing memorandums) may NOT be submitted by the Court's CM/ECF system.

Respectfully,

Avery P. Bossier
Chief U.S. Probation Officer

Robert K. Sibille, Jr.
U.S. Probation Officer
April 7, 2011