**Notice of Sentencing**

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

        V.                    CR. NO. 10-104-JJB-CN

BONNIE W. SIMMONS

TAKE NOTICE that the above-entitled case has been **set** for sentencing at Baton Rouge, Louisiana, on **Thursday, June 9, 2011, at 9:30 a.m. in Courtroom One** before the Honorable James J. Brady.

Baton Rouge, Louisiana, April 25, 2011.

                      JAMES J. BRADY
                      UNITED STATES DISTRICT JUDGE

              By: _/s/ Suzie Edwards_
                      Suzie Edwards
                      Courtroom Deputy

The addendum to the pre-sentence report will be available for your review in the probation office at 777 Florida Street, Suite 161, Russell B. Long U.S. Courthouse and Federal Building, Baton Rouge, fourteen (14) days prior to sentencing.

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain defendant's presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing.*